Anne Raymond, appellee, **v.** Central Metallic Casket Company, appellant. Gen. No. 33,441.

Opinion filed June 24, 1929. Rehearing denied July 8, 1929.

Walter L. Wenger and Walter J. Miller, for appellant. Wolfsohn & Fireman, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Joseph Fisher, appellee, **v.** Joseph Neuberg, appellant. Gen. No. 33,459.

Opinion filed June 24, 1929.

Charles V. Falkenberg, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

E. Berg, appellee, v. Charles M. Field, appellant. Gen. No. 33,468.

Opinion filed June 24, 1929.

Sherman & Lewis, for appellant; Preston Clark, of counsel. William R. Wiley, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Mrs. W. R. McCullough, appellee, **v.** Charles A. White, appellant. Gen. No. 33,492.

Opinion filed June 24, 1929.

William L. Dawson, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Martin Langguth, appellee, **v.** Paul Schulte, appellant. Gen. No. 33,318.

Opinion filed June 24, 1929. Rehearing denied July 8, 1929.

Robert D. Melick, for appellant. Samuel L. Cohen and M. K. Levinson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.